Here we have a confession which was given by the witness, attesting to her guilt. The West Virginia authorities were first made aware of the crime as a result of the confession by Ms. Lewis. Additionally, her confession was corroborated by the discovery of the body of Mr. Stamper. Therefore, we believe that where as here a clear and unequivocal confession was on record along with corroborating evidence, it was proper to use this evidence to impeach the credibility of Ms. Lewis. We, therefore, hold that the trial court's ruling to the contrary was error.

Accordingly, the judgment of sentence is reversed and a new trial awarded.[8]

LARSEN, McDERMOTT and HUTCHINSON, JJ., concur in the result.

467 A.2d 1126

**COMMONWEALTH of Pennsylvania**

v.

**David SHERIDAN, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 28, 1983.

Decided Dec. 1, 1983.

---

**8.** In view of our disposition of this case, we do not address the other issues raised by appellant. These issues are as follows: Whether the trial court erred by; a) prohibiting the cross-examination of certain witnesses as to the type of cigarette that Mr. Hinerman smoked; b) failing to grant appellant's pre-trial motion for a change of venue; c) failing to grant appellant's pre-trial motion to quash the information against the appellant; d) failing to grant appellant's demurrer to the charge of criminal homicide; e) failing to define the elements of robbery to the jury. Appellant also raised the issues of whether sections 9711(d)(9) and 9711(c)(iv), 42 Pa.C.S. § 9711(d)(9), (c)(iv), are unconstitutionally vague; whether the death penalty constitutes cruel and unusual punishment; and other allegations of trial counsel's ineffectiveness.

John W. Packel, Chief, Appeals Div., Leonard N. Sosnov, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Marianne Cox, Asst. Dist. Attys., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM:

Order of the Superior Court, 292 Pa.Super. 278, 437 A.2d 44 affirmed.

---

467 A.2d 1127

**LISA H. and Nicole H., Minors, by their Mother and Natural Guardian, Doris H., Appellants,**

v.

**STATE BOARD OF EDUCATION, Commonwealth of Pennsylvania, Department of Education, Robert G. Scanlon, Bucks County Intermediate Unit, George Rabb, Bensalem Township School Board, David G. Costello, Bensalem Township School District, Robert H. Hays, Thomas P. Waters, Joseph S. Stroman, William Snyder, William A. Abbott, Robert A. Carr and Susan Bernardini.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1983.

Decided Dec. 1, 1983.